1  SEONHAE SHIN (CA State Bar No. 308262)
   Deputy County Counsel
2  TOM BUNTON (CA State Bar No. 193560)
   County Counsel
3  385 North Arrowhead Avenue, Fourth Floor
   San Bernardino, California 92415-0140
4  Telephone: (909) 387-5461
   Facsimile: (909) 387-4069
5  E-Mail:  Kellie.Shin@cc.sbcounty.gov          Exempt per Government Code §6103

6  Attorneys for Defendant CSA-18 SPECIAL DISTRICTS PUBLIC WORKS

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 | LYNN MACY, as an individual, | Case No. 5:24-cv-00902-KK-DTB |

12 |              Plaintiff, | **DEFENDANT CSA-18 SPECIAL** |

13 |                         | **DISTRICTS PUBLIC WORKS' NOTICE** |

14 |       v.                | **OF RELATED CASES** |

15 | CSA-18 SPECIAL DISTRICTS | *Related Case No. 5:23-cv-01955-HDV-PD* |

16 | PUBLIC WORKS, a public entity, | |

17 |              Defendants. | Case Assigned to:
   Honorable District Court Judge Kenly Kiya
   Kato |

18

19 | | Referred to:
   Honorable Magistrate Judge David T.
   Bristow |

20

21

22

23          Pursuant to Local Rule 83-1.3, Defendant CSA-18 Special Districts Public Works

24 hereby give notice of the following related case: *Jeff Macy et al. v. San Bernadino County*

25 *Code Enforcement et al.*, Case no. 5:23-cv-01955-HDV-PD.

26 ///

27 ///

28 ///

                                    1
DEFENDANT CSA-18 SPECIAL DISTRICTS PUBLIC WORKS' NOTICE OF RELATED CASES

The instant case is related to Case No. 5:23-cv-01955-HDV-PD for the following reasons:

1.      Both cases arise from the same happenings or events, namely, the same incidents, or series of incidents, interactions and encounters between Plaintiff and San Bernadino County entities and employees for the past 18 years on Plaintiff's property and/or on or near Burnt Mill Canyon Road.

2.      Both cases call for determinations of the same or substantially related or similar questions of law and fact, namely nearly identical causes of action and alleged facts. Specifically, that Defendant intentionally deprived Plaintiff of her property interest by trespassing onto their property and failing to repair certain roads, refusal to fix roads, trespass, violation of California's Bane Act violation, Monell liability, unreasonable search, forced demolition permit, forced address failure to do Public Records Requests, and excessive fines.

3.      Adjudication and resolution of both cases would entail substantial duplication of labor if heard by different judges because both cases involve the same theories of legal liability (*i.e.*, unreasonable search, municipal and supervisorial liability, intentional infliction of emotional distress, forced demolition permit, forced address, trespass, failure to do Public Records Requests, and excessive fines) and both cases involve a single indivisible harm or injury to Plaintiff—alleged intentional deprivation of Plaintiff's property interests by Defendant.

///
///
///
///
///
///
///
///

DEFENDANT CSA-18 SPECIAL DISTRICTS PUBLIC WORKS' NOTICE OF RELATED CASES

Based on the foregoing, Defendant gives notice that this case, Case No. 5:24-cv-00902-KK-DTB is related to Case No. 5:23-cv-01955-HDV-PD pursuant to Local Civil Rule 83-1.3.2.

DATED: June 18, 2024                      Respectfully submitted,

TOM BUNTON
County Counsel


SEONHAE SHIN
Deputy County Counsel
Attorneys for Defendant CSA-18 SPECIAL
DISTRICTS PUBLIC WORKS

DEFENDANT CSA-18 SPECIAL DISTRICTS PUBLIC WORKS' NOTICE OF RELATED CASES

**PROOF OF SERVICE**

I am employed in the County of San Bernardino, State of California. I am a citizen of the United States, employed in the County of San Bernardino, State of California, over the age of 18 years and not a party to nor interested in the within action. My business address is 385 North Arrowhead Avenue, Fourth Floor, San Bernardino, CA 92415-0140.

On June 18, 2024 I served the following documents (*specify*):   **DEFENDANT CSA-18 SPECIAL DISTRICTS PUBLIC WORKS' NOTICE OF RELATED CASES**

I served the documents on the persons below, as follows:

Lynn Macy
Pro Per
P.O. Box 103
Twin Peaks, CA 92391
Tel: 909-744-8480
Email: 1611Bible.us@gmail.com

☒      **By United States Mail.**  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **By e-mail or electronic transmission.**  Pursuant to California *Code of Civil Procedure* § 1010.6(e), per agreement of parties, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

DATED:  June 18, 2024

_____
Josephine DuSold, Declarant

DEFENDANT CSA-18 SPECIAL DISTRICTS PUBLIC WORKS' NOTICE OF RELATED CASES