1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

9
10

| | |
|---|---|
| LYNN MACY, as an individual, | Case No. 5:24-cv-00902-KK-DTB |
| Plaintiff, | **[PROPOSED] ORDER RE DEFENDANT CSA-18 SPECIAL DISTRICTS PUBLIC WORKS' RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| CSA-18 SPECIAL DISTRICTS PUBLIC WORKS, a public entity | |
| Defendants. | Date:       July 25, 2024<br>Time:      10:00 a.m.<br>Location:  George E. Brown, Jr.<br>              United States Courthouse<br>              3470 12th Street, Courtroom 4,<br>              Riverside, CA 92501 |
| | Case Assigned to:<br>Honorable District Court Judge Kenly Kiya Kato |
| | Referred to:<br>Honorable Magistrate Judge David T. Bristow |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Defendant CSA-18 SPECIAL DISTRICTS PUBLIC WORKS' ("Defendant") Motion to Dismiss Plaintiff Lynn Macy's ("Plaintiff") First Amended Complaint for Damages ("FAC") pursuant to Federal Rule of Civil Procedure 12(b)(6) came on hearing on July 25, 2024, at 10:00 a.m., before the Honorable Magistrate Judge David T. Bristow in Courtroom 4, at 3470 12th Street, Third Floor, Riverside, California 92501.

The Court has reviewed all moving and opposing papers regarding Defendant's Motion to Dismiss Plaintiff Lynn Macy's FAC. The Motion was made pursuant to Fed. Rule Civ. Proc. § 12(b)(6). Upon consideration of all related moving documents, opposing papers, and pleadings on file in this matter as well as the oral arguments and determining that good cause appearing herein, this court finds that:

1.  Plaintiff's <u>first</u> claim for relief for "unreasonable search" fails to state a claim upon which relief can be granted against this moving Defendant.

2.  Plaintiff's <u>second</u> claim for relief for Municipal and Supervisorial Liability, <u>Monell,</u> fails to state a claim upon which relief can be granted against this moving Defendant.

3.  Plaintiff's <u>third</u> claim for relief intentional infliction of emotional distress fails to state a claim upon which relief can be granted against this moving Defendant.

4.  Plaintiff's <u>fourth</u> claim for forced demolition permit fails to state a claim upon which relief can be granted against this moving Defendant.

5.  Plaintiff's <u>fifth</u> claim for forced demolition permit fails to state a claim upon which relief can be granted against this moving Defendant.

6.  Plaintiff's <u>sixth</u> claim for forced demolition permit fails to state a claim upon which relief can be granted against this moving Defendant.

///

[PROPOSED] ORDER RE DEFENDANT CSA-18 DISTRICTS OF PUBLIC WORKS NOTICE OF RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

7. Plaintiff's <u>seventh</u> claim for failure to do Public Records Requests fails to state a claim upon which relief can be granted against this moving Defendant.

8. Plaintiff's <u>eighth</u> claim for excessive fines fails to state a claim upon which relief can be granted against this moving Defendant.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Dismiss Plaintiff's FIRST, SECOND THIRD, FOURTH, FIFTH, SIXTH, SEVENTH, and EIGHTH claims for relief in the First Amended Complaint against this moving Defendant is hereby granted without leave to amend.

IT IS HEREBY ORDERED ADJUDGED AND DECREED that Plaintiff's FAC against Defendant CSA-18 SPECIAL DISTRICTS PUBLIC WORKS is dismissed, with prejudice.

IT IS SO ORDERED.

Dated:

_____
HONORABLE JUDGE

[PROPOSED] ORDER RE DEFENDANT CSA-18 DISTRICTS OF PUBLIC WORKS NOTICE OF RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

**PROOF OF SERVICE**

I am employed in the County of San Bernardino, State of California. I am a citizen of the United States, employed in the County of San Bernardino, State of California, over the age of 18 years and not a party to nor interested in the within action. My business address is 385 North Arrowhead Avenue, Fourth Floor, San Bernardino, CA 92415-0140.

On June 20, 2024, I served the following documents (*specify*):   **[PROPOSED] ORDER RE DEFENDANT CSA-18 SPECIAL DISTRICTS PUBLIC WORKS' RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

I served the documents on the persons below, as follows:

Lynn Macy, in Pro Per
P.O. Box #103
Twin Peaks, CA 92391
Tel: 909-744-8480
Email: 1611Bible.us@gmail.com

☒     **By United States Mail.**   I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **By e-mail or electronic transmission.**   Pursuant to California *Code of Civil Procedure* § 1010.6(e), per agreement of parties, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

DATED:  June 20, 2024

_____
Josephine DuSold, Declarant

[PROPOSED] ORDER RE DEFENDANT CSA-18 DISTRICTS OF PUBLIC WORKS NOTICE OF RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT