```
                                                    FILED
                                            CLERK, U.S. DISTRICT COURT

                                              06/22/2024

                                            CENTRAL DISTRICT OF CALIFORNIA
                                            BY: _____AP_____ DEPUTY
```

1  Lynn Macy "In Pro Per"
   P.O. Box #103
2  Twin Peaks, CA 92391
   Telephone: (909) 744-8480
3  Email: Macybuilders@yahoo.com
         PLAINTIFF IN PRO PER
4
                THE UNITED STATES DISTRICT COURT
5         CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION

| | |
|---|---|
| Lynn MACY, as an individual, JEFF MACY, as an individual,<br><br>PLAINTIFFS,<br><br>vs.<br><br>CSA-18 SPECIAL DISTRICTS PUBLIC WORKS, a public entity, SAN BERNARDINO COUNTY CODE ENFORCEMENT, a public entity.<br><br>DEFENDANTS. | Case No.: 5:24-cv-00902-KK-DTB<br><br>**PLAINTIFF RESPONSE TO NOTICE OF RELATED CASES**<br><br>Related Case No.: 5:23-cv-01955-HDV-PD<br><br>Case Assigned to:<br>Honorable District Court Judge Kenly Kiya Kato<br><br>Referred to:<br>Honorable Magistrate Judge David T. Bristow |

Pursuant to Local Rule 83-1.3.3 Opposition, Plaintiff Lynn Macy through their undersigned counsel, hereby files this Response to Notice of Related Cases against Defendants CSA-18 Special Districts Public Works, inclusive (collectively "Defendants"), alleges as follows:

<u>**RESPONSE TO NOTICE OF RELATED CASES**</u>

1. The claims of each Plaintiff listed in Case No.: 5:24-cv-00902-KK-DTB, & Case No.: 5:23-cv-01955-HDV-PD are different Plaintiffs against entirely **different** Defendants, **different** San Bernardino County employees & departments. Both cases do not arise from the same happenings or events, as they are different San Bernardino County employees & departments committing different violations at different times. Both cases also take place in different places; CedarPines Park, CA verses Lake Arrowhead, CA.

PAGE 1

2. Namely, on Lynn Macy vs. CSA-18 Special Districts Public Works, Defendants CSA-18's failure to repair or fix roads, namely Burnt Mill Canyon Road which Defendant CSA-18 is responsible to repair.

3. Defendants CSA-18 Supervisors allowed workers to trespass onto Plaintiff Lynn Macy's property. The default remedy is the damages, considering the fair market value of the property or returning the property. Since 2021 until today, Plaintiff has discovered on 2/27/2023 that the Defendant CSA-18 factually did not file Plaintiff's complaint or claim against Defendant CSA-18 with County of San Bernardino Risk Management, which Defendant CSA-18 claimed to have filed back in 2021. 2 months later Defendant CSA-18 said Risk Management denied Plaintiff's claim, without giving Plaintiff any paperwork to prove it or even a case number.

4. Defendant CSA-18 stole lights, cables, signs, posts, bolts while trespassing onto Plaintiff Lynn Macy's property APN# 0342-031-01 back in 2021. Defendant CSA-18 admitted to damaging Plaintiff's property to the Police, but the Police Officer refused to prosecute Defendant saying, "We don't normally arrest county officials". Defendant CSA-18 took down Plaintiff's cables, which caused all glass lights to be broken, & left the broken glass shards all over Plaintiff's private road (destruction of private property California Penal Code § 594 PC).

5. Defendant CSA-18 also fined Plaintiff Lynn Macy for having an RV, not even belong to Plaintiff, on Macy Land for $100 on 11/07/2023 at 8 AM. CO#: CSE-2023-14000. Citation No. C230021514. Defendant CSA-18 is responsible for the RV even being on Plaintiff's Macy Land property in the first place because Defendant cut, removed, & stole Plaintiff's cables/chains which would have prevented squatters & the trashed RV to

PAGE 2

be put on Plaintiff's private property. Defendant CSA-18 also took down Plaintiff's posted no trespassing signs. Defendant CSA-18 is the reason that squatters were able to enter Plaintiff's property, so Defendants are liable. Plaintiff appealed the ticket & won the hearing on appeal.

6. Defendant CSA-18 has been dumping base rock, trash, waterflow, & water pipes onto Plaintiff Lynn Macy's property for years without permission.

7. On Jeff Macy vs. San Bernardino County Code Enforcement, Defendants Code Enforcement has violations of California's Bane Act. Defendants intentionally interfered with Plaintiff Jeff Macy's civil rights by threats, intimidation, or coercion in that Defendants acted violently against Plaintiff Jeff Macy from exercising their right to unreasonable search by trespassing into Plaintiff's home. Defendants invaded & entered Plaintiff's private home without a warrant. Defendants gave constant notices, trespassing onto Plaintiff's property, & private road (Different property from Lynn Macy vs. CSA-18 which was on or near Burnt Mill Canyon Road), & constantly reporting trash in front of Plaintiff's trash cans & leaves on Plaintiff's roof to harass Plaintiffs. For 18 years Plaintiff has been getting unfounded Code violation notices. Plaintiff has report #'s for most incidents: TPR2200512, TPR2101862, TPR2101994, TPR2200594, TPR2201407, TPR2101443, TPR2200032, & TPR2201014.

8. Defendants Code Enforcement is against Cal Fire's pretense laws & has given Plaintiff Jeff Macy multiple notices to move wood 30 feet away from all structures, despite there being a fire-resistant tarp covering the wood. Cal Fire's notice of defensible space inspection states in Zone 1 section G. to relocate exposed wood piles outside of Zone 1 unless completely

covered in a fire-resistant material, pursuant to 14 CCR § 1299.03(a)(3). Cal. Code Regs. Tit. 14, § 1299.03 – Requirements (a)(3) Relocate exposed firewood piles outside of Zone 1 unless they are completely covered in a fire-resistant material. Zone 1 being within 30 feet of a structure.

9. Based on the foregoing, Plaintiff opposes the Notice of Related Cases, to which Case No.: 5:24-cv-00902-KK-DTB, **is not Related to** Case No.: 5:23-cv-01955-HDV-PD, & those cases should respectively remain assigned to their court, judge, or department where it was pending at the time of the filing & service of the Notice of Related Case pursuant to Local Rule 83-1.3.3.

Respectfully Submitted,

By Plaintiff: *Lynn Macy*

Lynn Macy

Date: June 22, 2024

PAGE 4

## PROOF OF SERVICE

I am employed in the County of San Bernardino, State of California. I am a citizen of the United States, employed in the County of San Bernardino, State of California, over the age of 18 years old & not a party to not interested in the within action. My business address is: 26175 Augusta Way, Lake Arrowhead, CA 92352.

On June 22, 2024 I served the following documents (specify): **PLAINTIFF RESPONSE TO NOTICE OF RELATED CASES**

I served the documents on the persons below, as follows:

Seonhae Shin / Tom Bunton
Attorneys for Defendant CSA-18 Special Districts Public Works
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415-0140
Telephone: (909) 387-5461
Facsimile: (909) 387-4069
E-mail: Kellie.Shin@cc.sbcounty.gov

[ X ] By e-mail or electronic transmission. Pursuant to California Code of Civil Procedure § 1010.6(e), per agreement of parties.

[X] Faxed to: (909) 387-4069

I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

DATED: June 22, 2024

*Jerusha Macy*
Jerusha Macy

PAGE 5