Lynn Macy "In Pro Per"
P.O. Box #103
Twin Peaks, CA 92391
Telephone: (909) 744-8480
Email: 1611Bible.us@gmail.com

**FILED**
CLERK, U.S. DISTRICT COURT
07/09/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION
### DELETE OR DISREGARD FIRST AMENDED RESPONSE

| | |
|---|---|
| LYNN MACY, as an individual,<br><br>PLAINTIFF,<br><br>vs.<br><br>CSA-18 SPECIAL DISTRICTS PUBLIC WORKS, a public entity.<br><br>DEFENDANT. | Case No.: 5:24-cv-00902-KK(DTB)<br><br>**PLAINTIFF LYNN MACY REMOVE FIRST AMENDED RESPONSE FROM COURT RECORDS** |

Plaintiff's Granddaughter Jerusha Macy submitted the First Amended Response in error. Jerusha Macy on behalf of Lynn Macy made a mistake, please delete or disregard the First Amended Response submitted on 6/22/2024. Plaintiff will send in "Opposition to Defendant's Motion to Dismiss" within the designated time. Really Sorry.

Respectfully Submitted,

By Plaintiff: _____*Lynn Macy*_____
Lynn Macy

Date: _____July 9, 2024_____

PAGE 1