```
FILED
CLERK, U.S. DISTRICT COURT
07/10/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY
```

Lynn Macy "In Pro Per"
P.O. Box #103
Twin Peaks, CA 92391
Telephone: (909) 744-8480
Email: 1611Bible.us@gmail.com
PLAINTIFF IN PRO PER

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION

| | |
|---|---|
| Lynn Macy, as an individual,<br><br>PLAINTIFF,<br><br>vs.<br><br>CSA-18 Special Districts Public Works, a public entity.<br><br>DEFENDANT. | Case No.: 5:24-cv-00902-KK(DTB)<br><br>**REQUESTS FOR ADMISSIONS, SET NO. 1**<br><br>(F.R.C.P. 36) |

PROFOUNDING PARTY: PLAINTIFF LYNN MACY

RESPONDING PARTY: DEFENDANT CSA-18 Special Districts Public Works

SET NO.: ONE (1)

Plaintiff Lynn Macy requests, pursuant to Federal Rule of Civil Procedure 36, that Defendant CSA-18 Special Districts Public Works, admit to the following within thirty (30) days after service of these Requests for Admission:

### DEFINITIONS

A. "*DEFENDANT*", "*YOU*" & "*YOUR*" shall mean Defendant CSA-18 Special Districts Public Works.

B. "PLAINTIFF" shall mean Plaintiff Lynn Macy.

C. "*MACYLAND*" shall mean MacyLand, which is Plaintiff's religious private property. MacyLand is located at **A, B, C: A**) 0 Mojave River Road Cedarpines Park CA 92322, **B**) 22390 Mojave River Road Cedarpines Park CA 92322, **C**) 22437 Mojave River Road Cedarpines Park, CA 92322, (All are

the same religious place; address changed over the years due to County) & more specifically described as Tract #2341 Cedarpines Highlands #5. APN# 034303101-0000.

## REQUESTS FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:**

Admit that DEFENDANT trespassed onto PLAINTIFF's religious private property MACYLAND.

**REQUEST FOR ADMISSION NO. 2:**

Admit that DEFENDANT damaged PLAINTIFF's religious private property MACYLAND.

**REQUEST FOR ADMISSION NO. 3:**

Admit that DEFENDANT took down & stole PLAINTIFF's cables.

**REQUEST FOR ADMISSION NO. 4:**

Admit that DEFENDANT caused PLAINTIFF's glass lights to be broken & left the broken glass shards all over PLAINTIFF's private road.

**REQUEST FOR ADMISSION NO. 5:**

Admit that DEFENDANT has caused PLANTIFF losses.

**REQUEST FOR ADMISSION NO. 6:**

Admit that DEFENDANT admitted to the Sheriff's that DEFENDANT damaged Plaintiff's religious private property MACYLAND.

**REQUEST FOR ADMISSION NO. 7:**

Admit that DEFENDANT has made no effort to fix, repair, or maintain Burnt Mill Canyon Road.

**REQUEST FOR ADMISSION NO. 8:**

Admit that DEFENDANT is responsible to repair & maintain Burnt Mill Canyon Road.

**REQUEST FOR ADMISSION NO. 9:**

Admit that DEFENDANT's failure or omission to perform the duty of Defendant CSA-18 to maintain Burnt Mill Canyon Road is because of religious discrimination against PLAINTIFF.

**REQUEST FOR ADMISSION NO. 10:**

Admit that DEFENDANT has been dumping base rock, trash, waterflow, & water pipes on PLAINTIFF's property for years without permission.

**REQUEST FOR ADMISSION NO. 11:**

Admit that DEFENDANT has stolen PLAINTIFF's 2x2 in. signs that held up the chain across MACYLAND.

**REQUEST FOR ADMISSION NO. 12:**

Admit that roughly 75-100 yards onto PLAINTIFF's religious private property MACYLAND, DEFENDANT took down & stole another "No Trespassing, Kids at Play" sign.

**REQUEST FOR ADMISSION NO. 13:**

Admit that DEFENDANT cut down tree branches to remove PLAINTIFF's 5/8" chain.

**REQUEST FOR ADMISSION NO. 14:**

Admit that DEFENDANT stole fences that were chained & locked to PLAINTIFF's tree on MACYLAND.

**REQUEST FOR ADMISSION NO. 15:**

Admit that DEFENDANT unbolted, took down & stole PLAINTIFF's 3/8" chain to the Yeshua planned temple site on MACYLAND.

**REQUEST FOR ADMISSION NO. 16:**

Admit that DEFENDANT has damaged &/or stole PLAINTIFF's lights, cables, signs, posts, & bolts from MACYLAND.

**REQUEST FOR ADMISSION NO. 17:**

Admit that DEFENDANT has not compensated PLAINTIFF or paid damages for the lights, cables, signs, posts, & bolts DEFENDANT damaged &/or stole.

**REQUEST FOR ADMISSION NO. 18:**

Admit that DEFENDANT acted with gross negligence & with reckless & deliberate indifference to the safety, rights, & liberties of the public in general & of Plaintiff Lynn Macy by trespassing, damaging &/or stealing lights, cables, signs, posts, & bolts of PLAINTIFF on MACYLAND.

**REQUEST FOR ADMISSION NO. 19:**

Admit that DEFENDANT's failure to perform DEFENDANT's duty, or the negligent acts of DEFENDANT, results in the cause of actions from PLAINTIFF's suit.

**REQUEST FOR ADMISSION NO. 20:**

Admit that DEFENDANT has been conspiring with San Bernardino County Elderly Abuse PLAINTIFF 84-year-old elderly woman to give constant notices of violations/fines, which Defendants say are misdemeanors, trespassing onto Plaintiff's property, & constantly reporting trash in front of Plaintiff's trash cans or leaves on Plaintiff's roof to harass Plaintiff. For 18 years Plaintiff has been getting unfounded Code violation notices. California Penal Code § 368 PC defines elder abuse as the physical or emotional abuse, neglect, or financial exploitation of a victim 65 years of age or older. Plaintiff also has report #'s for most incidents: TPR2200512, TPR2101862, TPR2101994, TPR2200594, TPR2201407, TPR2101443, TPR2200032, & TPR2201014. Plaintiff also received fine for having an RV on Macy Land for $100 on 11/07/2023 at 8 AM. CO#: CSE-2023-14000. Citation No.

C230021514, which was caused by Defendant cutting down & stealing Plaintiff's chain & no trespassing signs.

**REQUEST FOR ADMISSION NO. 21:**

Admit that DEFENDANT disabled PLAINTIFF's only security against trespassers & squatters by cutting, removing, & stealing PLAINTIFF's cables/chains, & no trespassing signs.

**REQUEST FOR ADMISSION NO. 22:**

Admit that DEFENDANT is responsible for the RV even being on Plaintiff's Macy Land property in the first place because Defendant cut, removed, & stole Plaintiff's cables/chains which would have prevented squatters & the trashed RV being put on Plaintiff's private property.

**REQUEST FOR ADMISSION NO. 23:**

Admit that DEFENDANT did not have a warrant to trespass or unreasonably search PLAINTIFF's religious private property.

**REQUEST FOR ADMISSION NO. 24:**

Admit that DEFENDANT is responsible for forced address changes on PLAINTIFF, forcing PLAINTIFF to pay for an address PLAINTIFF did not want.

**REQUEST FOR ADMISSION NO. 25:**

Admit that San Bernardino County Risk Management has offered $500 to settle cases with PLAINTIFF, including this case Macy v. CSA-18.

Signature: *Lynn Macy*

Lynn Macy

Date: July 6, 2024

PAGE 5 OF 5