UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-00902-KK-SHK | Date: | July 11, 2024 |
| Title: | Lynn Macy v. CSA 18 Special Districts Public Works | | |

Present: The Honorable Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):** ORDER RE: REQUEST TO REMOVE FIRST AMENDED RESPONSE FROM COURT [ECF No. 21] AND REQUESTS FOR ADMISSION, SET No. 1 [ECF No. 22]

On July 9, 2024, Plaintiff Lynn Macy ("Plaintiff") filed a document titled "Plaintiff Lynn Macy Remove First Amended Response from Court Records" ("Withdrawal Request"). Electronic Case Filing Number ("ECF No.") 21, Withdrawal Request. The Court construes the Withdrawal Request to withdraw a document from the Court's record because Plaintiff indicates that her granddaughter submitted a "First Amended Response" on June 22, 2024 in error. Id. at 1. Plaintiff states that she seeks to delete or disregard the "First Amended Response" and will send an opposition to Defendant's Motion to Dismiss. Id.

By way of background, on June 22, 2024 the Court received Plaintiff's Response to Defendant's Notice of Related Cases. ECF No. 19. It does not appear that the Court received a document titled "First Amended Response." Therefore, Plaintiff's Withdrawal Request is **DENIED**.

On July 10, 2024, Plaintiff filed a document titled "Requests for Admissions, Set No. 1" ("Admission Requests"). It appears that Plaintiff is seeking Defendants to respond to her Admission Requests.

With respect to Plaintiff's Admission Requests, the Court **STRIKES** the filing from the record. No discovery documents shall be filed with the Court unless a dispute arises. Discovery

requests/responses should be served on the opposing party. As such, the Court strikes the filing from the record.

**IT IS SO ORDERED.**