FILED
CLERK, U.S. DISTRICT COURT

07/21/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY

Lynn Macy "In Pro Per"
P.O. Box #103
Twin Peaks, CA 92391
Telephone: (909) 744 -8480
Email: 1611Bible.us@gmail.com
PLAINTIFF IN PRO PER

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION
FIRST AMENDED COMPLAINT

| | |
|---|---|
| Lynn Macy, as an individual, | Case No.: 5:24-cv-00902-KK(DTB) |
| PLAINTIFF, | MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| Cedar Pines Mutual Water Company, a non. | |
| DEFENDANT. | |

PLAINTIFF LYNN MACY, through their undersigned counsel, hereby files this Motion for Summary Judgment against Defendants Cedar Pines Mutual Water Company, inclusive (collectively "Defendants"), as follows:

I.      INTRODUCTION

Comes now the Defendant, Lynn Macy hereby submits the following memorandum of law in support of her Motion for Summary Judgment.

    Plaintiff's Motion for Summary Judgment should be granted as Plaintiff's have sufficient, clear facts to close the case. Defendants CEDAR PINES MUTUAL WATER COMPANY have not disputed any arguments or any facts that Plaintiff has shown. Defendants Cedar Pines Mutual Water Company have clearly trespassed illegally on Plaintiff's property & illegally "Nate" – Maintenance Department put permanent & locked water test pipes equipment on Plaintiff's Property.

Statement of Facts

The case is Defendants CEDAR PINES MUTUAL WATER COMPANY have intentionally deprived the interest of the Plaintiff's property through the unauthorized act (Trespassing on Plaintiff's private property) & causing loss, Plaintiff's ability to park and enjoy Plaintiff's religious property. Defendants CEDAR PINES MUTUAL WATER COMPANY allowed workers specifically "Nate" – Maintenance Department to put permanent & locked water test pipes equipment on Plaintiff's Property, trespassing onto Plaintiff's property. The default remedy is the damages, considering the fair market value of the property.

II.     SUMMARY JUDGMENT STANDARD OF REVIEW

Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, summary judgment should be granted if the pleadings, depositions, & affidavits show that there is no genuine issue of material fact and the moving party is entitled to judgment as a matter of law.

III.     Discussion

This case arises out of CEDAR PINES MUTUAL WATER COMPANY trespassing illegally on Plaintiff's property & illegally putting permanent & locked water test pipes equipment on Plaintiff's Property. Plaintiff showed up to property in 2021 & Nate a employee for Defendants was illegally installing permanent & locked water test pipes equipment on Plaintiff's property. Plaintiff told Nate a employee for Defendants that there were no easements, no public dedication, that Plaintiff owned 20 ft over on the road; that it was religious private property & they had no permission to put illegal water test pipes equipment on Plaintiff's property.

PAGE 2 OF 4

IV.     Conclusion

Defendants have not disputed any facts by Plaintiff, Defendants have clearly illegally trespassed on Plaintiff's property & illegally put permanent & locked water test pipes equipment on Plaintiff's Property. Accordingly, Plaintiff is entitled to summary judgment as a matter of law.

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

1.) That Defendants be required to set forth each & every claim they may assert to Plaintiff's above-described property; Remove illegal water testing equipment. Remove everything off Macy's Land across existing survey line by Licensed EHE surveyors.

2.) That this court determines the true & correct location of the boundary line. Impartial Surveyor Matthew Christian EHE license # L.S. 9410 officially filed with San Bernardino County. EHE #20-330. On September 2020 showing 5 clear tracts markers of true boundary line.

3.) That Plaintiff's title in & to Plaintiff's above- described property be quieted, that it be adjudged that the true & correct location of the boundary line between the above-described properties of Plaintiff's & that Defendants be adjudged to have no right, title, estate, lien, or interest in or to the property of Plaintiff, or any part of that property.

4.) $260,000 in Punitive damages, costs, penalties & for such other & further relief as this court may deem just & proper.

5.) A restraining order, preliminary injunction, & a permanent injunction prohibiting Defendants Cedarpines Park Mutual Water Company; all

persons' Unknown claiming any legal or equitable right, title, estate, lien or

interest in the property described in the complaint adverse to Plaintiff's title,

or any cloud on Plaintiffs title. Therefore from interfering with Plaintiff's use of

Plaintiff's property.

Respectfully Submitted,

By Plaintiff: _____

Lynn Macy

Date: 7/21/24 _____

PAGE 4 OF 4