UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-00902-KK-SHK | Date: | July 29, 2024 |
| Title: | *Lynn Macy v. CSA 18 Special Districts Public Works* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE [ECF No. 28]**

On April 26, 2024, Plaintiff Lynn Macy ("Plaintiff") filed a complaint ("Complaint") against Defendant CSA 18 Special Districts Public Works ("Defendant"), ECF No. 1, Compl., and on May 30, 2024, Plaintiff filed a First Amended Complaint ("FAC"), ECF No. 11, FAC. On June 20, 2024, Defendant filed a Motion to Dismiss ("MTD") the FAC. ECF No. 15, MTD.

On July 21, 2024, Plaintiff filed a Motion for Summary Judgment ("MSJ"). ECF No. 28, MSJ. Federal Rule of Civil Procedure ("Rule") 56 provides that "[u]nless a different time is set by local rule or the court orders otherwise, a party may file a motion for summary judgment at any time until 30 days after the close of all discovery." Fed. R. Civ. P. 56(b). "Although [Rule 56] allows summary judgment to be filed at the commencement of an action, in many cases the motion will be premature until the nonmovant has had time to file a responsive pleading or other pretrial proceedings have been had." Fed. R. Civ. P. 56 Advisory Committee's Notes 2010 Amendments Subdivision (b).

/ / /

/ / /

/ / /

/ / /

      Here, Defendant's MTD is pending, "which may address some of the arguments raised by Plaintiff[] in the [MSJ]; no answer has been filed; discovery is in the early stages or has not commenced; the parties have not submitted a joint discovery plan; and no scheduling order has been issued." <u>Bennett v. U.S.</u>, Case No. 23-cv-1140-WAH-BLM, 2023 WL 8351509, at *1 (S.D. Cal. Oct. 17, 2023) (denying an motion for summary judgment without prejudice pending resolution of a motion to dismiss).  Therefore, Plaintiff's MSJ (ECF No. 28) is **DENIED** without prejudice and may be re-filed by Plaintiff at a later date following resolution of the MTD.

      **IT IS SO ORDERED.**