Lynn Macy "In Pro Per"
P.O. Box #103
Twin Peaks, CA 92391
Telephone: (909) 744-8480
Email: 1611Bible.us@gmail.com

**FILED**
CLERK, U.S. DISTRICT COURT
08/08/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION

| | |
|---|---|
| LYNN MACY, as an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CSA-18 SPECIAL DISTRICTS PUBLIC WORKS, a public entity.<br><br>Defendant. | Case No.: 5:24-cv-00902-AB-SHK<br><br>**PLAINTIFF'S REQUEST TO ACCEPT SECOND AMENDED COMPLAINT**<br><br>Case Assigned to:<br>Honorable District Court Judge Andre Birotte Jr.<br><br>Referred to:<br>Honorable Magistrate Judge Shashi H. Kewalramani |

**TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiff Lynn Macy humbly requests that the Court accept Plaintiff's Second Amended Complaint filed on July 29, 2024. According to Fed. R. Civ. P. 15(a)(2) Plaintiff seeks to obtain leave of court for Plaintiff's Second Amended Complaint. Please allow Plaintiff's Second Amended Complaint because justice so requires it.

Respectfully Submitted,

By Plaintiff: _____/s/ Lynn Macy_____
Lynn Macy

Date: _August 8, 2024_

PAGE 1