SEONHAE SHIN (CA State Bar No. 308262)
Deputy County Counsel
TOM BUNTON (CA State Bar No. 193560)
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415-0140
Telephone: (909) 387-5461
Facsimile: (909) 387-4069
E-Mail: Kellie.Shin@cc.sbcounty.gov          Exempt per Government Code §6103

Attorneys for Defendant CSA 18 Special Districts Public Works

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN MACY, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>CSA-18 SPECIAL DISTRICTS PUBLIC WORKS, a public entity,<br><br>Defendants. | Case No. 5:24-cv-00902-AB-SHK<br><br>**OBJECTION TO PLAINTIFF'S IMPROPER SERVICE OF A SECOND SECOND AMENDED COMPLAINT ON DEFENDANT**<br><br>Case Assigned to: Honorable District Court Judge Andre Birotte Jr.<br><br>Referred to: Honorable Magistrate Judge Shashi H. Kewalramani |

**TO THE HONORABLE COURT, PLAINTIFF, AND HER ATTORNEY OF RECORD, IF ANY**:

**PLEASE TAKE NOTICE** that Defendant CSA-18 SPECIAL DISTRICTS PUBLIC WORKS ("Defendant") hereby submit its objection to Plaintiff Lynn Macy's ("Plaintiff") improper and premature electronic service of an unfiled second Second Amended Complaint ("second SAC") served on Defendant on August 29, 2024

("Objection") while the Magistrate's Report and Recommendation ("R&R") addressing the merits of the first amended complaint ("FAC") is pending review by the District Court Judge. Defendant hereby preserves its right to respond to any amended complaints.

## I.

## RELEVANT BACKGROUND AND OBJECTION

This lawsuit arises from Plaintiff Lynn Macy's ("Plaintiff") allegations in her First Amended Complaint ("FAC") that Defendant CSA-18 Special Districts Public Works ("Defendant") intentionally "deprived the interests" of Plaintiff and her property by: (1) trespassed onto Plaintiff's private property; (2) prevented Plaintiff from driving on the property due to Defendant's failure to repair roads; (3) Defendant's failure to file her claim with the County; (4) denied Plaintiff's claim with the County without giving Plaintiff an opportunity to prove her case; (5) removed Plaintiff's cables, which caused Plaintiff's glass lights to be damaged and left the broken glass lights all over her property; (6) dumped waste on Plaintiff's property; and (7) removed signs, cut trees, stolen fences, and refused to repair Burnt Mill Canyon Road. FAC ¶¶ 6–7.

Plaintiff filed her initial complaint on April 26, 2024, and a FAC on May 30, 2024. Dkts. 1, 11. Defendant filed a Fed. R. Civ. P. 12(b) Notice of Motion and Motion to Dismiss Plaintiff's FAC on June 20, 2024. Dkt. 15. On August 15, 2024, the Magistrate Judge issued a report and recommendation recommending:

(1) The Court grant Defendant's Motion to Dismiss;

(2) Dismiss the FAC without prejudice with leave to amend;

(3) Order that Plaintiff has 21-days from the date of the Order Accepting this Report and Recommendation to file an amended complaint, if she wishes to pursue this action further. Dkt. 35.

On August 23, 2024, Plaintiff improperly and prematurely filed a second amended complaint ("SAC"). Dkt. 37. On August 27, 2024, Plaintiff filed a Request to Strike the SAC ("Request"). Dkt. 38. On August 29, 2024, Plaintiff electronically served Defendant

with an unfiled Second SAC, which is different from the first filed SAC. See Exhibit 1. On August 30, 2024, the Magistrate Judge issued an order granting Plaintiff's request to strike the (first) SAC as the filing was premature. Dkt. 39.

Defendant objects to Plaintiff's service of a Second SAC on Defendant on August 29, 2024 on the following grounds:

1. The District Judge assigned to this case has not yet addressed the findings and recommendations set forth in the Magistrate Judge's R&R. Consequently, any SAC filed that supersedes Plaintiff's FAC, while an R&R addressing the merits of Plaintiff's FAC is pending review by the District Judge, is premature.

Accordingly, Plaintiff's service of a Second SAC on August 29, 2024 on Defendant is improper and premature since the District Judge has not yet addressed the Magistrate's R&R. Defendant preserves its right to respond to any amended complaints.

## II.
## **CONCLUSION**

For the reasons presented above, Defendant respectfully objects to Plaintiff's electronic service of a Second SAC on Defendant.

DATED: August 30, 2024         Respectfully submitted,

TOM BUNTON
County Counsel

SEONHAE SHIN
Deputy County Counsel
Attorneys for Defendant

# PROOF OF SERVICE

I am employed in the County of San Bernardino, State of California. I am a citizen of the United States, employed in the County of San Bernardino, State of California, over the age of 18 years and not a party to nor interested in the within action. My business address is 385 North Arrowhead Avenue, Fourth Floor, San Bernardino, CA 92415-0140.

On August 30, 2024, I served the following documents (*specify*): **OBJECTION TO PLAINTIFF'S IMPROPER SERVICE OF SECOND SECOND AMENDED COMPLAINT ON DEFENDANT**

I served the documents on the persons below, as follows:

Lynn Macy, in Pro Per
P.O. Box #103
Twin Peaks, CA 92391
Tel: 909-744-8480
Email: 1611Bible.us@gmail.com

☒ **By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **By e-mail or electronic transmission.** Pursuant to California *Code of Civil Procedure* § 1010.6(e), per agreement of parties, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

DATED: August 30, 2024

_____
Josephine DuSold, Declarant

DEFENDANT'S OBJECTION TO PLAINTIFF'S IMPROPER SERVICE OF A SECOND SECOND AMENDED COMPLAINT ON DEFENDANT