**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Case: 5:24cv902  Doc: 42

Lynn Macy
P.O. Box 103
Twin Peaks, CA 92391



FILED
CLERK, U.S. DISTRICT COURT
SEP 16 2024
CENTRAL DISTRICT OF CALIFORNIA
BY GSA  DEPUTY

5:24cv902 CV
SHK



RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 16 2024
CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY

NIXIE    910  7E 1        7209/14/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<38589267@cacd.uscourts.gov>Subject:Activity in Case 5:24-cv-00902-AB-SHK Lynn Macy v. CSA 18 Special Districts Public Works Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 9/4/2024 at 4:37 PM PDT and filed on 9/4/2024

| | |
|---|---|
| **Case Name:** | Lynn Macy v. CSA 18 Special Districts Public Works |
| **Case Number:** | 5:24-cv-00902-AB-SHK |
| **Filer:** | |
| **Document Number:** | 42 |

**Docket Text:**
**MINUTE ORDER IN CHAMBERS ORDER HOLDING SECOND SAC IN ABEYANCE by Magistrate Judge Shashi H. Kewalramani: re: Amended Complaint[41]. Consequently, the Defendant's Objection is SUSTAINED and the Second SAC is held in ABEYANCE until: (1) the District Judge assigned to this case addresses the findings and recommendations set forth in the R&R; and (2) the Court issues an order removing the abeyance. (dc)**

**5:24-cv-00902-AB-SHK Notice has been electronically mailed to:**
Seonhae Shin    kellie.shin@cc.sbcounty.gov, josephine.dusold@cc.sbcounty.gov
**5:24-cv-00902-AB-SHK Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Lynn Macy
P.O. Box 103
Twin Peaks CA 92391
US