UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:24-cv-00902-AB-SHK | Date: | October 15, 2024 |
|---|---|---|---|

Title: *Lynn Macy v. CSA 18 Special Districts Public Works*

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

On September 4, 2024, the Court issued a Minute Order ("MO") holding pro se Plaintiff Lynn Macy's ("Plaintiff") Second Amended Complaint ("SAC") in Abeyance. Electronic Case Filing Number ("ECF No.") 42, MO. On September 16, 2024, the MO was returned to the Court as undeliverable ("Returned Mail") with a notation by the United States Postal Service ("USPS") stating "return to sender[,] not deliverable as addressed[,] unable to forward[.]" ECF No. 43, Returned Mail (capitalization normalized).

Based on the recent Returned Mail, the Court concludes that Plaintiff failed to properly inform the Court of her current address. Local Civil Rule of the United States District Court for the Central District of California ("Local Rule" or "L.R.") 41-6 requires a pro se party to keep the Court and opposing parties apprised of the party's current address, telephone number, and e-mail address, if any. L.R. 46-1. If mail directed by the Court to a pro se party's address of record is returned undelivered by the USPS "and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute." Id.

Because mail sent to Plaintiff was returned as undeliverable more than fourteen days ago on September 16, 2024, and because Plaintiff has not notified the Court of her new address, Plaintiff is ORDERED TO SHOW CAUSE, by **October 23, 2024**, why this case should not be dismissed for failure to prosecute and follow Local Rule 41-6. Plaintiff can satisfy this order by updating the Court with her current address by the date above.

Plaintiff is cautioned that failure to update the Court with her current address by the above stated deadline **will result in a recommendation that this action be dismissed for failure to prosecute, follow Court orders, and follow the Local Rules.**

**IT IS SO ORDERED.**