Name, Address and Telephone Number of Attorney(s):

Jeff Macy
26175 Augusta Way, Lake Arrowhead, CA 92352
P.O. Box # 103 Twin Peaks, CA 92391

FILED
CLERK, U.S. DISTRICT COURT
02/12/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___DVE___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeff Macy | **CASE NUMBER** |
| | 5:24-cv-00902-KK-SHK |
| v.     Plaintiff(s) | |
| CSA-18 Special Districts Public Works | **REQUEST:** |
| | **ADR PROCEDURE SELECTION** |
| Defendant(s). | |

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

[✓] **ADR PROCEDURE NO. 1** - The parties shall appear before the [X] magistrate judge assigned to the case *or* [ ] the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct.

[ ] **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

[ ] **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: 2/7/25           Jeff Macy   *Jeff Macy*
                        Attorney for Plaintiff  in pro per

Dated: _____          _____
                        Attorney for Plaintiff

Dated: _____          _____
                        Attorney for Defendant

Dated: _____          _____
                        Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.

ADR-01 (04/18)          REQUEST: ADR PROCEDURE SELECTION          Page 1 of 1

POS-050/EFS-050

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:   STATE BAR NO:<br>NAME: Jeff Macy<br>FIRM NAME:<br>STREET ADDRESS: P.O. Box # 103<br>CITY: Twin Peaks     STATE: CA   ZIP CODE: 92391<br>TELEPHONE NO.: (909) 744-8480     FAX NO.:<br>E-MAIL ADDRESS: 1611Bible.us@gmail.com<br>ATTORNEY FOR (name): | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 247 West 3rd Street
MAILING ADDRESS: 247 West 3rd Street
CITY AND ZIP CODE: San Bernardino, CA 92415
BRANCH NAME: Superior Court of California, County of San Bernardino

PLAINTIFF/PETITIONER: Jeff Macy
DEFENDANT/RESPONDENT: CSA-18 Special Districts Public Works

CASE NUMBER: 5:24-CV-00902-KK-SHK
JUDICIAL OFFICER:
DEPARTMENT:

**PROOF OF ELECTRONIC SERVICE**

1. I am at least 18 years old.
   a. My residence or business address is (specify):
      P.O. Box # 433, Twin Peaks, CA 92391

   b. My electronic service address is (specify):
      Jerushastar@gmail.com

2. I electronically served the following documents (exact titles):

   Request: ADR Procedure Selection

   ☐ The documents served are listed in an attachment. (Form POS-050(D)/EFS-050(D) may be used for this purpose.)

3. I electronically served the documents listed in 2 as follows:
   a. Name of person served: Josephine DuSold & Kellie Shin

      On behalf of (name or names of parties represented, if person served is an attorney):
      CSA-18 Special Districts Public Works
   b. Electronic service address of person served:
      Josephine.DuSold@cc.sbcounty.gov & Kellie.Shin@cc.sbcounty.gov
   c. On (date): 2/7/25

      ☐ The documents listed in item 2 were served electronically on the persons and in the manner described in an attachment. (Form POS-050(P)/EFS-050(P) may be used for this purpose.)

Date: 2/7/25

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Jerusha Macy
(TYPE OR PRINT NAME OF DECLARANT)                    ▶ *Jerusha Macy*
                                                         (SIGNATURE OF DECLARANT)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
POS-050/EFS-050 [Rev. February 1, 2017]

**PROOF OF ELECTRONIC SERVICE**
(Proof of Service/Electronic Filing and Service)

Cal. Rules of Court, rule 2.251
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.