# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN MACY<br><br>Plaintiff(s),<br><br>v.<br><br>CSA 18 SPECIAL DISTRICTS PUBLIC WORKS<br><br>Defendant(s). | CASE NUMBER:<br><br>5:24–cv–00902–AB–SHK<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __2/12/2025__

Document No.:   __45__

Title of Document:   __REQUEST for ADR Procedure No. 1 filed__

**ERROR(S) WITH DOCUMENT:**

Local Rule 83–2.2 representation may not be delegated to any other person. Filer is not a party to this case.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: February 19, 2025       By:  /s/ *Danalyn Castellanos  951–328–4466*
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**