# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN MACY<br><br>Plaintiff(s),<br><br>v.<br><br>CSA 18 SPECIAL DISTRICTS PUBLIC WORKS<br><br>Defendant(s). | CASE NUMBER:<br><br>5:24−cv−00902−AB−SHK<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 02/12/2025 | 45 | Request for ADR Proecedure No. 1 |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The document is stricken .

DATED: February 20, 2025        /s/ *Shashi H. Kewalramani*
                                United States Magistrate Judge

G–112B (07/24)    **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**