UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN MACY,<br><br>                Plaintiff,<br><br>    v.<br><br>CSA 18 SPECIAL DISTRICT PUBLIC WORKS,<br><br>                Defendant. | Case No. 5:24-cv-00902-AB-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint ("FAC"), Defendant CSA 18 Special District Public Works' ("Defendant") Motion to Dismiss ("MTD"), Plaintiff Lynn Macy's Opposition to the MTD, Defendant's Reply in support of the MTD, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

1      IT IS THEREFORE ORDERED that: (1) Defendant's MTD is GRANTED;
2 (2) the FAC is DIMISSED without prejudice and leave to amend; and (3)
3 Plaintiff's SAC is now removed from abeyance and is the operative complaint in
4 this matter.
5
6
7 Dated: July 11, 2025
8                                 HON. ANDRÉ BIROTTE JR.
                                  UNITED STATES DISTRICT JUDGE