1  SEONHAE SHIN (CA State Bar No. 308262)
   Deputy County Counsel
2  TOM BUNTON (CA State Bar No. 193560)
   County Counsel
3  385 North Arrowhead Avenue, Fourth Floor
   San Bernardino, California 92415-0140
4  Telephone: (909) 387-5461
   Facsimile: (909) 387-4069
5  Email: Kellie.Shin@cc.sbcounty.gov

6  Attorneys for Defendant CSA-18 SPECIAL DISTRICTS PUBLIC WORKS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN MACY, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>CSA-18 SPECIAL DISTRICTS PUBLIC WORKS, a public entity,<br><br>Defendant, | Case No.  Case No. 5:24-cv-00902-AB-SHK<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**<br><br>*[Filed concurrently with 12(b) Motion to Dismiss Plaintiff's Second Amended Complaint and Proposed Order]*<br><br>Date:     August 27, 2025<br>Time:     10:00 a.m.<br>Location: George E. Brown, Jr.<br>          United States Courthouse<br>          3470 12th St., Courtroom 3 or 4,<br>          Riverside, CA 92501<br><br>Case Assigned to:<br>Honorable District Court Judge Andre Birotte, Jr.<br><br>Referred to:<br>Honorable Magistrate Judge Shashi H. Kewalramani |

TO THE HONORABLE COURT, PLAINTIFF, AND HER ATTORNEY OF RECORD, IF ANY:

**PLEASE TAKE NOTICE** that Defendant "CSA-18 SPECIAL DISTRICTS PUBLIC WORKS ("Defendant") hereby requests the Court take judicial notice of the

1

following documents and information, pursuant to Evidence Code sections 451-453.

1) The Claim Rejection Letter sent to Plaintiff on March 23, 2023, attached hereto as <u>Exhibit A</u>.
2) The San Bernardino County Office of the Assessor's Property Information Management System- PIMS Package Report for the Mojave River Road property as owned by corporation 1611Bible.US, attached hereto as <u>Exhibit B</u>.

A trial court may take judicial notice of legally operative documents if such documents are relevant to ruling on the sufficiency of plaintiff's claims. <u>Scott v. JPMorgan Chase Bank, N.A.</u> 214 Cal. App. 743 (2013). Courts may take judicial notice of an entity's public records. This includes the filing and contents of a government claim, such as a rejected tort claim letter, but not the truth of the statements contained within the document. <u>Gong v. City of Rosemead</u>, 226 Cal. App. 4th 363 (2014). Taking judicial notice of these documents is proper, as their authenticity, completeness and legal effect are not reasonably in dispute.

The County also requests that the Court take judicial notice of the following facts:

1) Lynn Macy's claim was rejected on March 23, 2023; and
2) 1611BIBLE.US NON-PROFIT is the legal owner of the Mojave River Road properties (which have been combined under APN 0343-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) at issue within Plaintiff's Second Amended Complaint.

Additionally, the Court may take judicial notice of its own records in this matter, which would include the Plaintiff's Second Amended Complaint pursuant to Evidence Code § 452. The items to be noticed are relevant to the Defendant's Motion to Dismiss and establish the basis upon which the motion is brought.

DATED: July 25, 2025

TOM BUNTON
County Counsel

_____
SEONHAE SHIN
Deputy County Counsel
Attorneys for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

## CLAIM REJECTION LETTER SENT TO PLAINTIFF

## DATED MARCH 24, 2023

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE



222 West Hospitality Lane, Third Floor, San Bernardino, CA 92415

www.SBCounty.gov

# Department of Risk Management

**Victor Tordesillas**
Director

**Phone Number**
909.386.8655

**Fax Numbers**
Admin/Fiscal:   909.382.3211
Workers Comp:  909.386.8711
Liability:         909.382.3211
Safety:           909.382.3212

March 24, 2023

Jeff & Lynn Macy
PO Box 103
Twin Peaks, CA 92391

**RE:**  Claimant................ Jeff & Lynn Macy
Date of Loss............02/16/2023
Amount of Claim...... Undetermined
Our File.................. 143546

Notice is hereby given that the claim which you presented to the County of San Bernardino on February 22, 2023 was rejected on March 24, 2023.

### WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Respectfully,

*Salas*

Sophia Salas
Liability Claims Rep II
(909) 386-8638
DEPARTMENT OF RISK MANAGEMENT

BOARD OF SUPERVISORS

COL. PAUL COOK (RET.)   JESSE ARMENDAREZ   DAWN ROWE           CURT HAGMAN       JOE BACA, JR.
Vice Chairman, First District   Second District   Chair, Third District   Fourth District   Fifth District

Leonard X. Hernandez
Chief Executive Officer

BSWARa

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) ss:
COUNTY OF SAN BERNARDINO )

I, the undersigned, declare:

I am employed in the County of San Bernardino, State of California; I am over the age of 18 years and not a party to this action; my business address is 222 West Hospitality Lane, Third Floor, San Bernardino, California, 92415-0016. I am familiar with this office's practice for collection and processing of documents for mailing with the United States Postal Service. The documents are deposited with the United States Postal Service on the same day in the ordinary course of business. On the date written below, I served the document named below on the parties indicated by placing a true copy thereof enclosed in a sealed envelope for collection and mailing from 222 West Hospitality Lane, Third Floor, San Bernardino, Ca. following ordinary business practice, addressed as follows, and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on March 24, 2023, at San Bernardino, California.

**DOCUMENT: BSWARa**

**PARTIES SERVED:**

Jeff & Lynn Macy
PO Box 103
Twin Peaks, CA 92391

_____
Declarant

proofsvc

# EXHIBIT B

## SAN BERNARDINO COUNTY OFFICE OF THE ASSESSOR'S PROPERTY INFORMATION MANAGEMENT SYSTEM

## PIMS PACKAGE REPORT

## PARCEL 0343-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

# Property Information Management System

## San Bernardino County
## Office of the Assessor



## PIMS PACKAGE REPORT FOR PARCEL 0343-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

---

# San Bernardino County Assessor



## Property Information

**Property Address (Main Situs)** Protected per CA. Govt. Code Sect. 6254.21
Protected per CA. Govt. Code Sect. 6254.21

**Owner and Mailing Address** 1611BIBLE.US NON-PROFIT
C/O JEFF MACY
Protected per CA. Govt. Code Sect. 6254.21
Protected per CA. Govt. Code Sect. 6254.21

**Effective Date** 10/23/2024

**Parcel** 0343031050000
**Parcel Status** ACTIVE
**Parcel Type** REAL PROPERTY
**Property ID**
**Tax Status** ASSESSED BY COUNTY
**Use Code** VACANT
**Land Access** PUBLIC UNPAVED
**Size** 25.001 ACRES AND OVER
**Land Type** SINGLE FAMILY RESIDENTIAL
**District** TWIN PEAKS
**Resp Group** REAL PROPERTY
**Resp Unit** RES ZONE(MAX 14 UTS)&USE EX HPC/MHM(1-14 UTS,CHURC

## Current Owners

**Name** 1611BIBLE.US NON-PROFIT
**R/I** SOLE OWNER
**% Int** 100.0000000
**Type** BILLED OWNER
**Acquisition Date** 10/01/2024
**Document Date** 10/01/2024
**Inactive Date** NONE

**Document Numbers**
20240234963

## Legal Parcel Map

| Parcel Map | Parcel Nbr | Unit | Book | Page |
|---|---|---|---|---|
| | 0343031050000 | | | |

## Legal Description

TRACT 1951 CEDARPINES HIGHLAND NO 4 LOTS 22 THROUGH 30, LOTS 37 THROUGH 40 BLK H TOGETHER WITH   TRACT 2341 LOT 1 TOGETHER WITH TRACT 1872 CEDARPINES HIGHLANDS NO 1 LOTS 1 THROUGH 4, LOTS 6 & 7   BLK L

## Legal Reason for Change

| Legal Reason for Change | Document Number | Date |
|---|---|---|
| COMBINATION BY REQUEST | | 08/27/2024 |

**San Bernardino County Assessor**



## Parcel History

| | | |
|---|---|---|
| **Event Date** | 10/01/2024 | **Multi Parcel List** |
| **Event Group/Type** | TRANSFER - 100% PER RECORDED DOCUMENT | |
| **Multi Parcel** | No | |

| | | |
|---|---|---|
| **Event Date** | 08/27/2024 | **Multi Parcel List** |
| **Event Group/Type** | CREATE - COMBINATION | 0343031050000 NEW-COM |
| **Multi Parcel** | Yes | 0343025110000 OLD-COM |
| | | 0343025260000 OLD-COM |
| | | 0343025340000 OLD-COM |
| | | 0343025360000 OLD-COM |
| | | 0343025370000 OLD-COM |
| | | 0343025390000 OLD-COM |
| | | 0343025400000 OLD-COM |
| | | 0343031010000 OLD-COM |
| | | 0343062020000 OLD-COM |
| | | 0343062050000 OLD-COM |
| | | 0343062060000 OLD-COM |
| | | 0343062080000 OLD-COM |
| | | 0343062090000 OLD-COM |

## PROOF OF SERVICE

I am employed in the County of San Bernardino, State of California. I am a citizen of the United States, employed in the County of San Bernardino, State of California, over the age of 18 years and not a party to nor interested in the within action. My business address is 385 North Arrowhead Avenue, Fourth Floor, San Bernardino, CA 92415-0140.

On July 25, 2025, I served the following documents (*specify*): **DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**

I served the documents on the persons below, as follows:

Lynn Macy, in Pro Per
P.O. Box #103
Twin Peaks, CA 92391
Tel: 909-744-8480
Email: 1611Bible.us@gmail.com;
1coolranger@gmail.com;
macybuilders@yahoo.com;
jerushastar@gmail.com

☒ **By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **By e-mail or electronic transmission.** I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

DATED: July 25, 2024                /s/ Marisela Alonso
                                    Marisela Alonso, Declarant