UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-00902-AB-SHK | Date: | July 28, 2025 |
| Title: | Lynn Macy v. CSA 18 Special Districts Public Works | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**

The Court has received the Motion to Dismiss filed by Defendant CSA 18 Special Districts Public Works ("Moving Defendants") on July 25, 2025. Electronic Case Filing Number ("ECF No.") 50, Motion. At this time, the Court concludes that a hearing on the Motion is not necessary. *See* C.D.Cal. Local Civ. R. 7-15. The Court may later schedule a hearing if, upon further review, one would be helpful.

THEREFORE,

1.) The hearing noticed for **August 27, 2025,** at **10:00 a.m.** is hereby **VACATED** and the matter taken off calendar.

2.) Plaintiff's opposition, or notice of non-opposition, to the motion must be served and filed on or before **August 6, 2025**. An opposition should be limited to issues raised in the motion to dismiss.

3.) Defendant's reply is due **August 20, 2025**.

Absent prior written order of the Court, the opposing party shall not file a response to the reply. The Motion will be taken under submission as of the date Defendant's reply is due and/or filed and will be decided on the papers without oral argument.

**Plaintiff is advised that failure to oppose a motion to dismiss may be construed as consent to the granting of the motion and may result in dismissal of the action as pursuant to Local Rule 7-12.**

**IT IS SO ORDERED**