

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| In the Matter of the Reassignment of Cases from the Calendar | ) ) ) | |
|---|---|---|
| of | ) ) ) ) | ORDER OF THE CHIEF MAGISTRATE JUDGE **25-038** |
| Magistrate Judge Shashi H. Kewalramani | ) ) ) ) | |

IT IS HEREBY ORDERED that due to the retirement of Magistrate Judge Shashi H. Kewalramani, the following cases have been reassigned to Magistrate Judge Sheri Pym for all further proceedings:

| 2:25-cv-04334-MEMF-SHK | Clarence Dewayne Bookman v. DCFS Waterridge, et al. |
|---|---|
| 5:24-cv-00902-AB-SHK | Lynn Macy v. CSA 18 Special Districts Public Works |
| 5:25-cv-00578-SHK | Marisela Ruiz v. Nissan North America, Inc., et al. |
| 8:25-cv-00739-SHK | Edelmira Ramirez De La Torres v. Leland Dudek |

On all documents subsequently filed in the case, the Magistrate Judge initials (SP) shall be substituted after the case number in place of the initials of the prior Magistrate Judge.

Dated: August 13, 2025

Karen L. Stevenson
Chief Magistrate Judge