**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYNN MACY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CSA-18 SPECIAL DISTRICTS<br>PUBLIC WORKS,<br><br>　　　　　Defendant. | Case No. 5:24-cv-00902-AB-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Plaintiff has not filed any written Objections to the Report within the time permitted.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that defendant's Motion to Dismiss (docket no. 50) is granted, and Judgment will be entered dismissing the Second Amended Complaint and this action with prejudice.

Dated: May 6, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE