# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LYNN MACY,

              Plaintiff,

        v.

CSA-18 SPECIAL DISTRICTS PUBLIC WORKS,

              Defendant.

    )
    )
    )
    )
    )
    )
    )
    )
    )
    )
    )

Case No. 5:24-cv-00902-AB-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Complaint and this action are dismissed with prejudice.

Dated: May 6, 2026

_____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE